

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES L. JACK,

    Plaintiff,

v.                            Civil Action No. 3:16CV316

MICHAEL L. CHAPMAN, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 10, 2016, the Court conditionally docketed the action. James L. Jack requested leave to proceed in forma pauperis. By Memorandum Order entered on August 17, 2016, the Court directed Jack to pay an initial partial filing fee of $1.08 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Jack has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Jack is not entitled to proceed in forma pauperis. Jack's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Jack.

                                                /s/ _RE_
                                              Robert E. Payne
                                              Senior United States District Judge

Date: _September 14, 2016_
Richmond, Virginia